IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JANET L. SCHMINKEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. C 07-08 EJM |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

**DECISION BY COURT:** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_Edward J. McManus_
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

on this 20th day of December, 2007.

Dated: **December 20, 2007**

ROBERT L. PHELPS
Clerk

_Dianne Eveland_
(By) Clerk